```
                    ✓ FILED      ___ LODGED
                    ___ RECEIVED ___ COPY

                         FEB 2 5 2025

                    CLERK U S DISTRICT COURT
                      DISTRICT OF ARIZONA
                    BY_____ DEPUTY
```

1  RACHEL C. HERNANDEZ
   Acting United States Attorney
2  District of Arizona
   VANESSA ANNE KUBOTA
3  Assistant U.S. Attorney
   Arizona State Bar No. 036850
4  Two Renaissance Square
   40 N. Central Ave., Ste. 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: Vanessa.Kubota@usdoj.gov
   Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-25-00284-PHX-DJH (DMF) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(i)<br>(Possession with Intent to Distribute Heroin)<br>Count 1 |
| Edgar Guadalupe Jimenez-Aguilar,<br>Defendant. | | 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), (a)(1)(B)(i)<br>(Conspiracy to Transport Illegal Aliens)<br>Count 2 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about January 28, 2025, in the District of Arizona, the defendant, EDGAR GUADALUPE JIMENEZ-AGUILAR, did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

## COUNT 2

Beginning on an unknown date and continuing through on or about October 15, 2024, in the District of Arizona, the defendant, EDGAR GUADALUPE JIMENEZ-AGUILAR, did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the grand jury, to transport and move within the United States aliens who had come to, entered, and remained in the United States in violation of law, by means of transportation and otherwise, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 25, 2025

RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona

/s/
VANESSA ANNE KUBOTA
Assistant U.S. Attorney